March 17, 2004

Mr. Christopher Tramonte
Tramonte Associates
2727 Allen Parkway
Houston, TX 77019

Mr. Michael H. Bagot
Wagner & Bagot
650 Poydras Street, Ste. 2660
New Orleans, LA 70130

Ms. Linda Rogers
Clerk, Sixth Court of Appeals
100 N. State Line Ave., #20
Texarkana, TX 75501
Mr. H. Dwayne Newton
McCormick Hancock & Newton
1900 W. Loop South Ste. 700
Houston, TX 77027

Mr. Sam Baxter
McKool Smith
P.O. Box O
Marshall, TX 75671

RE: Case Number: 04-0245
 Court of Appeals Number: 06-03-00077-CV
 Trial Court Number: 00-0775-01

Style: IN RE LUMBERMENS MUTUAL CASUALTY COMPANY

Dear Counsel:

 The motion for temporary injunction, being treated as a motion to stay
is granted in part and denied in part. See enclosed order.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Sherry |
| |Griffis |